## (October 5, 1937.)

In the Matter of the Application of PETER J. DEVINE, Respondent, against JACOB W. OSMANN, Appellant, Impleaded with JOSEPH P. McCLOSKEY and PHILIP N. KRUG, as Commissioners of Election and Constituting the Board of Elections of the County of Nassau, State of New York, and the County Board of Canvassers of Said County, and ROBERT C. O'GRADY, Respondents, for a Judicial Review of the Action of the Inspectors of the Primary Election in All of the Nine Election Districts in the City of Long Beach in the First Assembly District of the County of Nassau and for a Judicial Review and Recount of the Ballots Cast by the Democratic Voters at the Primary Election Held in the City of Long Beach, County of Nassau, on the 16th Day of September, 1937, for the Office of Supervisor of the City of Long Beach, County of Nassau.— Order reversed

on the law and application denied, without costs. There is no sufficient proof of irregularity or illegality in the count to justify a finding that a recount would change the result. Hagarty, Davis, Johnston, Taylor and Close, JJ., concur.